No. — — ——. AMPATIELLOS *v.* CITY OF NEW YORK ET AL.; and

No. — — ——. BATOR *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–920. IN RE DISBARMENT OF DODGE. Disbarment entered. [For earlier order herein, see 497 U. S. 1045.]

No. 111, Orig. DELAWARE *v.* NEW YORK. First Interim Report and Fee Application approved, and payment shall be made to "Thomas H. Jackson, Special Master" by the party jurisdictions in the total amount of $23,629.10. It is further ordered that the parties shall bear these costs equally, with each jurisdiction which is a party or which has a pending application to intervene at the date of this order contributing an equal share. It is further ordered that each party jurisdiction may make payment either to the firm of Dickstein, Shapiro & Morin, as coordinating counsel for this purpose, or may make payment directly or via separate counsel to the Special Master. It is further ordered that each party jurisdiction's payment of fees, costs, and expenses pursuant to this order shall be due within 45 days from the date hereof. [For earlier order herein, see, *e. g., ante,* p. 803.]

No. 112, Orig. WYOMING *v.* OKLAHOMA. Motion of the Special Master for allowance of fees and expenses granted, and the Special Master is awarded $43,275.79 to be paid equally by the parties. [For earlier order herein, see, *e. g., ante,* p. 803.]

No. 89–1541. DOLE, SECRETARY OF LABOR *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 10th Cir. [Certiorari granted, 497 U. S. 1002.] Motion of Occupational Safety and Health Review Commission for leave to file a brief as *amicus curiae* granted.

No. 89–1679. SUMMIT HEALTH, LTD., ET AL. *v.* PINHAS. C. A. 9th Cir. [Certiorari granted, 496 U. S. 935.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1715. BURNS *v.* REED. C. A. 7th Cir. [Certiorari granted, 497 U. S. 1023.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.